# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-20002
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 18, 2016

Lyle W. Cayce
Clerk

DANIEL C. SELUK, JR.; ANDREA D. SELUK,

Plaintiffs - Appellants

v.

CITY OF HOUSTON, TEXAS,

Defendant - Appellee

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CV-838

Before REAVLEY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed because the procedural due process claim of the Plaintiffs is alleged to have occurred due to action of the City ending before the sale of the property in May of 2012 and the state court's encouragement in August of 2012. Plaintiffs filed this suit on April 1, 2015.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20002

Because, as the district court has explained to Plaintiffs, limitations had expired and barred this lawsuit.

AFFIRMED.